Joanne Thomas Blackburn
GORDON THOMAS HONEYWELL LLP
600 University, Suite 2100
Seattle, WA 98101
PH: 206-676-7540
*Attorneys for Defendants Morrison*

THE HONORABLE THOMAS S. ZILLY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ECONOMY PREMIER ASSURANCE COMPANY, an Illinois corporation,<br><br>Plaintiff,<br><br>vs.<br><br>TEK-LINE CONSTRUCTION, INC., IAN EDENS, TED WATSON, SCOTT M. MORRISON and CAROL MORRISON, husband and wife,<br><br>Defendants. | NO. 2:19-cv-00006-TSZ<br><br>STIPULATED MOTION AND ORDER FOR WITHDRAWAL AND SUBSTITUTION OF COUNSEL FOR DEFENDANT TEK-LINE CONSTRUCTION, INC. |

## STIPULATION

Pursuant to LCR 83.2(b), the parties to this action, by and through their undersigned counsel of record, hereby stipulate to the withdrawal and substitution of counsel for Defendant, Tek-Line Construction, Inc. Effective upon entry of the subjoined Order, Gordon Thomas Honeywell and Joanne T. Blackburn will be deemed to have withdrawn and Miller Nash Graham & Dunn, LLP and Seth H. Row shall be substituted as counsel of record for Defendant Tek-Line Construction, Inc.

STIPULATED MOTION AND ORDER FOR WITHDRAWAL
AND SUBSTITUTION OF COUNSEL FOR DEFENDANT
TEK-LINE CONSTRUCTION, INC. - 1 of 2
(2:19-cv-00006-TSZ)
[4848-0740-6729]

LAW OFFICES
GORDON THOMAS HONEYWELL LLP
ONE UNION SQUARE
600 UNIVERSITY, SUITE 2100
SEATTLE, WASHINGTON 98101-4185
(206) 676-7500 - FACSIMILE (206) 676-7575

Upon entry of the subjoined Order, all future pleadings and papers directed to Defendant, Tek-Line Construction, Inc., shall be served on Miller Nash Graham & Dunn LLP and Seth H. Row as substitute counsel at the following address:

> Seth H. Row
> Miller Nash Graham & Dunn LLP
> 111 SW Fifth Avenue, Suite 3400
> Portland, Oregon 97204
> Telephone: (503)224-5858
> Email: seth.row@millernash.com

DATED this 12th day of March, 2019.

| GORDON THOMAS HONEYWELL LLP | MILLER NASH GRAHAM & DUNN LLP |
|---|---|
| By: *s/Joanne T. Blackburn* <br> Joanne T. Blackburn, WSBA 21541 <br> Withdrawing Attorneys for Defendant, <br> Tek-Line Construction, Inc. | By: *s/Seth H. Row* <br> Seth H. Row, WSBA No. 32905 <br> Substituting Attorneys for Defendant <br> Tek-Line Construction, Inc. |

**PAINE HAMBLEN LLP**

By: *s/John C. Riseborough*
John C. Riseborough, WSBA No. 7740
Attorneys for Plaintiff

ORDER

IT IS SO ORDERED.

DATED this 13th day of March, 2019.

*/s/ Thomas S. Zilly*
Thomas S. Zilly
United States District Judge

STIPULATED MOTION AND ORDER FOR WITHDRAWAL
AND SUBSTITUTION OF COUNSEL FOR DEFENDANT
TEK-LINE CONSTRUCTION, INC. - 2 of 2
(2:19-cv-00006-TSZ)
[4848-0740-6729]

LAW OFFICES
GORDON THOMAS HONEYWELL LLP
ONE UNION SQUARE
600 UNIVERSITY, SUITE 2100
SEATTLE, WASHINGTON 98101-4185
(206) 676-7500 - FACSIMILE (206) 676-7575