**HONORABLE THOMAS S. ZILLY**

JOHN C. RISEBOROUGH, WSBA #7740
**PAINE HAMBLEN LLP**
717 W. Sprague Ave., Suite 1200
Spokane, WA 99201-3505
Telephone: (509) 455-6000
Facsimile: (509) 838-0007
jcr@painehamblen.com
Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | |
|---|---|
| ECONOMY PREMIER ASSURANCE COMPANY, an Illinois Corporation, <br><br> Plaintiff, <br><br> vs. <br><br> TEK-LINE CONSTRUCTION, INC., IAN EDENS, TED WATSON, SCOTT M. MORRISON and CAROL L. MORRISON, husband and wife, <br><br> Defendants. | Case No. 2:19-cv-00006-TSZ <br><br> ORDER RE STIPULATION TO EXTEND DEADLINE TO DISCLOSE EXPERTS |

Based on the Stipulation regarding extension of deadline to disclose experts and good cause being shown, it is hereby,

ORDERED that the deadline for the parties to disclose expert witnesses is extended to September 4, 2019.

ORDER STIPULATION TO EXTEND DEADLINE TO
DISCLOSE EXPERTS - 1

*PAINE HAMBLEN LLP*
717 WEST SPRAGUE AVENUE, SUITE 1200
SPOKANE, WA 99201
PHONE (509) 455-6000 ◆ FAX (509) 838-0007

DONE this 24th day of July, 2019.

*Thomas S. Zilly*

Thomas S. Zilly
United States District Judge

Presented by:

PAINE HAMBLEN LLP

By:_____
   John C. Riseborough, WSBA #7740
   Attorney for Plaintiff

COPY RECEIVED; NOTICE OF PRESENTMENT WAIVED:

GORDON THOMAS HONEYWELL LLP

By:_____
   Joanne Thomas Blackburn, WSBA #21541
   Attorney for Defendants Morrison

MILLER NASH GRAHAM & DUNN, LLP

By:_____
   Seth H. Row, WSBA #32905
   Attorneys for Defendants Tek-Line,
   Edens and Watson

ORDER STIPULATION TO EXTEND DEADLINE TO DISCLOSE EXPERTS - 2

*PAINE HAMBLEN LLP*
717 WEST SPRAGUE AVENUE, SUITE 1200
SPOKANE, WA 99201
PHONE (509) 455-6000 ♦ FAX (509) 838-0007